UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| DEREK ALLEN, | CASE NO.: 1:18-cv-00482-RP |
| Plaintiff, | |
| – vs – | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| NAVIENT SOLUTIONS, LLC., | |
| Defendant. | |

Plaintiff, Derek Allen ("Plaintiff") and Defendant, Navient Solutions, LLC ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

Dated: May 17, 2019

By: /s/ James A. Sellers II
James A. Sellers II
Attorney for Plaintiff DEREK ALLEN
4740 Green River Road, Suite: 310
Corona, CA 92880
Tel: (657) 363-4699
Fax. (657) 272-8944
Email: jamess@jlohman.com

By: /s/ Jordan S. O'Donnell
Jordan S. O'Donnell
Attorney for Defendant NAVIENT
53 State Street, 27th Floor
Boston, MA, 02109
Tel: 617-213-7000
Fax: 617-213-7001
jodonnell@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019, a true and correct copy of the foregoing was filed with the court's CM/ECF system, which will notify all attorneys of record including:

Jordan S. O'Donnell
53 State Street, 27th Floor
Boston, MA, 02109
Tel: 617-213-7000
Fax: 617-213-7001
jodonnell@hinshawlaw.com

Dennis N. Lueck , Jr.
Hinshaw & Culbertson LLP
800 Third Avenue
13th Floor
New York, NY 10022
212-471-6200
Fax: 212-935-1166
Email: dlueck@hinshawlaw.com

By: */s/ James A. Sellers II*
James A. Sellers II
Attorney for Plaintiff DEREK ALLEN
4740 Green River Road, Suite: 310
Corona, CA 92880
Tel: (657) 363-4699
Fax. (657) 272-8944
Email: jamess@jlohman.com

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| DEREK ALLEN, | Case No: 1:18-cv-00482-RP |
| Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL** |
| v. | |
| NAIENT SOLUTIONS, LLC., | |
| Defendants. | |

**[PROPOSED] ORDER OF DISMISSAL**

Plaintiff, Derek Allen ("Plaintiff"), and Defendant, Navient Solutions, LLC., ("Defendant"), having filed a Joint Notice of Settlement and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

SO ORDERED.