IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEREK ALLEN, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:18-CV-482-RP |
| NAVIENT SOLUTIONS, LLC, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On May 17, 2019, the parties dismissed all claims in this case by joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 25). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on May 20, 2019.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE